UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Roberto Zamora-Espinoza ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 08 MJ 299 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/(Magistrate Judge,) Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted / Case Disposed / Order of Court).

Raul Gonzalez-Rodriguez

DATED: 2/14/08

RECEIVED _____
            DUSM

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
       Deputy Clerk