```
MARILYN B. GUNNER, ESQ. SB# 149540
P.O. Box 605
La Mesa, Ca.  91944-0605
Telephone:  (619) 461-8716
Fax:        (619) 461-6795

Attorney for Material Witnesses
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )   Criminal Case No: 08cr0412 LAB
                               )
               PLAINTIFF,      )   Magistrate No:    08mj0299 RBB
      V.                       )
                               )
ROBERTO ZAMORA-ESPINOZA,       )
                               )   PROOF OF SERVICE
               DEFENDANT.      )
                               )
_____)
```

    1.    I am a citizen of the United States and a resident of the County of San Diego; I am over the age of eighteen years and not a party to the entitled action; my business address is P. O. Box 605, La Mesa, California 91944.

    2.    On March 30, 2008, I served the document(s) described below as:
 2 EX PARTE MOTION's TO EXONERATE MATERIAL WITNESS BONDS for MW Gonzalez-Rodriguez and Beas-Gonzalez

  BY ELECTRONIC FILING TO:

  All parties named in the Docket for service via ECF; Brian J. White: brianjwhite@sbcglobal.net ; charity.renfroe@gmail.com ;US ATTORNEY CR efile.dkt.gc2@usdoj.gov;

and the proposed Orders to Exonerate the Bonds for those MW's, by E-mail to those same parties.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed March 30, 2008, San Diego, California.

```
                              S/ MARILYN B. GUNNER
                              Attorney for Material Witnesses
                              E-MAIL: mgunner@cox.net
```