**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case:  08cr0412 LAB |
|                          ) | |
|           Plaintiff, ) | Magistrate Case: 08mj0299 RBB |
|                          ) | |
|     v.                   ) | ORDER TO EXONERATE |
|                          ) | MATERIAL WITNESS BOND |
|                          ) | |
| ROBERTO ZAMORA-ESPINOZA,  ) | |
|                          ) | |
|           Defendant.     ) | Magistrate Judge: Brooks |

ORDER

On application of Marilyn B. Gunner, Attorney for SUSANA BEAS-GONZALEZ, and good cause appearing, it is hereby ordered that the cash bond deposited on her behalf be exonerated. It is further ordered the Clerk of the Court release the amount of $ 500.00 currently held in the Registry of the Court, to surety JESUS RODRIGUEZ at 4953 Tobias Ave., Pico Rivera, Ca. 90660-2120; SSN: XXX XX 5727.

IT IS SO ORDERED:

Date: April 9, 2008

*[signature]*
HON. RUBEN B. BROOKS,
UNITED STATES MAGISTRATE JUDGE